# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Queens Division

COGAN, J.

| Plaintiff(s) | |
|---|---|
| United States<br>Carolyn Faye Williams | Case No. **CV19-4070**<br>*(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

Fay Servicing, LLC
440 S La Salle Street Suite 2000,
Chicago, IL 60605-5011

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

RECEIVED
AUG 05 2019
PRO SE OFFICE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Carolyn Faye Williams |
   | Address | 171-24 104th Avenue |
   | | Jamaica, NY 11433 (Queens) |
   | City | Jamaica |
   | State | NY |
   | Zip Code | 11433 |
   | County | Queens |
   | Telephone Number | 718 930-2705 |
   | E-Mail Address | ofaye134@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Fay Servicing, LLC |
   | Job or Title (if known) | Attorney-in-Fact |
   | Address | 440 S La Salle Street Suite 2000 |
   | City | Chicago |
   | State | IL |
   | Zip Code | 60605 |
   | County | La Salle |
   | Telephone Number | |
   | E-Mail Address (if known) | |

   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS |
   | Job or Title (if known) | |
   | Address | 110 North Market St, 10 floor |
   | City | Wilmington |
   | State | DE |
   | Zip Code | 19890 |
   | County | |
   | Telephone Number | 302 636-8500 |
   | E-Mail Address (if known) | |

   [ ] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: Continenal Home Loans
Job or Title (if known):
Address: 175 Pinelawn Road, Suite 400
City: Melvile   State: NY   Zip Code: 11747
County:
Telephone Number: 631 549-8188
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: William Rhodes
Job or Title (if known):
Address: 1324 Avon Lane,
City: FT. Lauderale   State: FA   Zip Code: 33068
County:
Telephone Number: 646 625-9767
E-Mail Address (if known):

[✓] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The right of the people to be secure in their persons houses papers and effects against unreasonable searches and seizures shall not be violated and n warrants issue shall but by probable cause upon probable cause supported by oath or affirmation and particularly describing the place to be searched and the persons or things to be seized.( IV Amendment)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Conspirators are simulating a legal process to be a private tribunal judiciary court of the State New York in the County of Queens, after all defendants have defaulted, under the RESPA laws, in an attempt to unjustly seize Carolyn Faye Williams's real and personal property this conspiracy includes the drafting of simulated legal documents with numerous Scrivener errors fictitious names and failure to comply with written closing instructions.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Queens County, New York, United States

B. What date and approximate time did the events giving rise to your claim(s) occur?

simulating a legal process to foreclose and sell, 08/2013 ,Queens County New York, Regarding Property-171-24 104th Avenue, Jamaica, New York 11433 A Qualified Written Request was mailed certified mail 04/14/2012 Affidavit and Bona Fide Notice under RESPA ACT. 03/2018 Summons and Complaint, default notices; Affidavit of Bona Fide Notice "Notice of Default in Dishonor" Real Property

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Lawyers licensed to practice in New York, Washington, California and Oregon operating a private tribunal falsely portrayed as a constitutional court conspired with others to offend the laws of the United States unjustly enriched themselves by terrorizing Carolyn Faye Williams, into coerced submission. Defendants use fictitious names for the parties and attorneys of records to hide their true identity to hide the true identities of their conspirators and victims of this simulated legal process designed to seize property, securities an escrow account rightly belonging to Carolyn Faye Williams. No laws from the state of New York, Washington, California and Oregon is cited, numerous styles of account numbers are used, Scrivener errors and omission of intentionally and omissions intentionally cloud ownership rights and fee simple title to land, no lender loaned any money, Carolyn Faye Williams's; the"Note" was unlawfully converted, securities, and deposited as "book entry"enter payments or escrow; starting from 09/ 08/2010. Continental Home Loans stopped excepting money from the account in which I paid my bills in March of 2012, said they would only except the money from William Rhodes bank account.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Carolyn F. Williams did not receive the fee simple title to the real property as promised.
Carolyn F. Williams's full legal name was concealed fro alleged legal documents.
Carolyn F. Williams has been insistently terrorized by state licensed court officer simulating the process.
Carolyn F. Williams's share the public trust was unlawfully converted to others use.
Carolyn F. Williams good name was adulterated to conceal his proper person.
Carolyn F. Williams reputation was slandered by individuals claiming an office of trust.
Carolyn F. Williams monthly payments have funded an investment contract not to pay a debt.
Carolyn F. Williams was held liable for a loan agreement that the lender never execute or signed.
Receipt of real estate transfer fee associated with the transfer titled has not been acknowledged by the New York Department of Revenue Denying "Ceaser" state just revenue and Carolyn F. Williams's title to land.
Carolyn F. Williams suffered anxieties and sleepless nights, symptoms like post traumatic stress disorder.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Carolyn F. Williams request extraordinary relief including but not limit to authenticating her fee simple title to the land and dispute the return of her securities or value in legal tender the security has been converted closing of escrow account associated with this manner return her the proceeds and award damages the court deems just.

On behalf of the United States arrest those responsible for violating the trust and revoke franchises of the offenders.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-05-2019

Signature of Plaintiff: Williams, Carolyn

Printed Name of Plaintiff: WILLIAMS, CAROLYN

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

| City | State | Zip Code |

Telephone Number _____

E-mail Address _____