UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CAROLYN FAYE WILLIAMS,

                Plaintiff,                  JUDGMENT
                                                                          19-cv-4070 (BMC) (LB)
   -against-

  FAY SERVICING, LLC, et al.,

                Defendants.
------------------------------------------------------------ X

        An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on August 15, 2019, dismissing this action; denying leave to amend as futile, *See Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000), certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that this action is dismissed; that leave to amend is denied as futile, *See Cuoco v. Moritsugu,* 222 F.3d 99, 112 (2d Cir. 2000); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                                                  Douglas C. Palmer
          August 16, 2019                                      Clerk of Court

                                                               By:    /s/*Jalitza Poveda*
                                                                         Deputy Clerk